UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO.: 17-10175-LMI
Elizabeth Maria Morales de Carlo  CHAPTER 13

Debtor.
_____/

## MOTION TO DEEM MORTGAGE IS CURRENT

According to the Trustee's records, the Debtor has paid, and the Trustee has disbursed, all arrears and regular on-going payments pursuant to DEUTSCHE BANK NATL TRUST CO. C/O OCWEN LOAN SERV, LLC, et al. ("the Mortgagee") pursuant to the terms of the last confirmed/modified plan, i.e. the Second Modified Chapter 13 Plan at ECF No. 67. The last confirmed plan provided for arrears in the total amount of $25,228.68, and regular on-going payments direct to Mortgagee of $84,738.27. Since the Trustee's records reflect these payments are completed, the mortgage debt to Mortgagee should be current as of February 1, 2022.

**THE MORTGAGEE SHALL FILE ANY OBJECTION TO THE STATUS OF THE MORTGAGE DEBT AS CURRENT NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING.**

All parties wishing to be heard shall appear at the scheduled hearing. If there is a dispute as to the status of the mortgage, the Court may take evidence at the hearing or treat the hearing as preliminary and set a further evidentiary hearing on a different date.

CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar for the District Court in and for the Southern District of Florida, and am qualified to practice before this Court as set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on June 30, 2022 via electronic service to the registered parties via CM/ECF and:

Keith S Labell on behalf of Creditor Deutsche Bank National Trust Company
klabell@raslg.com, klabell@raslg.com
*Counsel of Record D.E. 17*

Shreena Augustin on behalf of Creditor Deutsche Bank National Trust Company
saugustin@rasflaw.com,saugustin@rasflaw.com

Christopher P Salamone on behalf of Creditor Deutsche Bank National Trust Company
csalamone@raslg.com, csalamone@raslg.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

And first-class U.S. mail:

DEUTSCHE BANK NATL TRUST CO.
6409 Congress Avenue, Suite 100
Boca Raton, Florida 33487

    Respectfully submitted,

    SAGRE LAW FIRM, P.A.
    Attorney for Debtor
    5201 Blue Lagoon Drive, Suite 892
    Miami, FL 33126
    Telephone: (305) 266-5999, Facsimile: (305) 265-6623
    E-Mail: law@sagrelawfirm.com
By:  /s/ Ariel Sagre
    ARIEL SAGRE, ESQ.
    Florida Bar No.: 557447