**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                                                CASE NO.: 17-10175-LMI
                                                                              CHAPTER 13

**Elizabeth Maria Morales De Carlo**
**Debtor.**

_____/

**SECURED CREDITOR'S RESPONSE TO DEBTOR'S MOTION**
**TO DEEM MORTGAGE CURRENT**

Deutsche Bank National Trust Company As Trustee For Residential Asset Securitization Trust 2007-A7 Mortgage Pass-Through Certificates Series 2007-G ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Debtor's Motion to Deem Mortgage Current [Docket No. 112] and in support thereof represents:

1. On January 6, 2017 Elizabeth Maria Morales De Carlo ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

2. Secured Creditor holds an interest in Debtor's real property located at 16424 SW 61 Way Miami, Florida 33193.

3. According to Secured Creditor's records, the Debtor is currently due for the February 1, 2022 post-petition payment for a total default amount owed of $10,032.48 with $564.05 in suspense. A copy of the payment history is attached hereto as Exhibit "A."

4. Secured Creditor reserves the right to supplement its Response any time before or at the hearing.

Dated: July 18, 2022                          Respectfully submitted,

                                                              ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
                                                              & PARTNERS, PLLC
                                                              Attorney for Secured Creditor
                                                              6409 Congress Ave., Suite 100
                                                              Boca Raton, FL 33487
                                                              Telephone: 561-241-6901
                                                              Facsimile: 561-241-1969
                                                              By: /s/ Christopher P. Salamone
                                                              Christopher P. Salamone, Esquire
                                                              Florida Bar Number 75951
                                                              Email: csalamone@rasflaw.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on <u>July 18, 2022</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Elizabeth Maria Morales De Carlo
16424 SW 61 Way
Miami, FL 33193

**And via electronic mail to:**

Ariel Sagre
5201 Blue Lagoon Drive, Suite 892
Miami, FL 33126

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
& PARTNERS, PLLC
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969
By: <u>/s/ Christopher P. Salamone</u>
Christopher P. Salamone, Esquire
Florida Bar Number 75951
Email: csalamone@rasflaw.com