

**ORDERED in the Southern District of Florida on August 12, 2022.**

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Elizabeth Morales De Carlo                    Case No:   17-10175-LMI

                                                      Chapter:   13

_____Debtor._____/

### ORDER CONTINUING HEARING ON MOTION [DE# 112]

This matter having come before this Honorable Court on August 9, 2022 at 9:00 AM upon *DEBTOR'S MOTION TO DEEM MORTGAGE IS CURRENT (DEUTSCHE BANK NATL TRUST CO.)(DE# 112)["Motion"]* and based upon the record, it is

ORDERED:

1. The Motion is continued to **September 8, 2022 at 9:00 AM. To participate, the Honorable Chief Judge Laurel M. Isicoff's Chapter 13 Calendars (only) Registration Link is:**
**https://www.zoomgov.com/meeting/register/vJItduiqqz4iGPWRbYC6YTes9xqj5mxBNU4**

###

Attorney Ariel Sagre is directed to mail a conformed copy
or serve via e-filing a copy of this Order on all interested parties
and to file a certificate of service with the clerk of the Bankruptcy Court.