

**ORDERED in the Southern District of Florida on September 16, 2022.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Elizabeth Morales De Carlo                              Case No:   17-10175-LMI

                                                                                            Chapter:   13

_____/

**AGREED ORDER GRANTING DEBTOR'S MOTION TO DEEM MORTGAGE IS CURRENT REGARDING CENTURY LAKES HOMEOWNERS ASSOCIATION, INC.
[DE# 113]**

This matter having come before this Honorable Court on September 8, 2022 at 9:00 AM upon the *Debtor's MOTION TO DEEM MORTGAGE IS CURRENT (CENTURY LAKES HOMEOWNERS ASSOCIATION, INC.)*(hereinafter "HOA")(DE# 113)("Motion") and based upon the agreement of the parties, it is

ORDERED:

1. The Motion is **GRANTED**. The debt owed to *CENTURY LAKES HOMEOWNERS ASSOCIATION, INC.* by the Debtor is current as of January 31, 2022.

2. Pursuant to *In re Tellez-Sain* (Bankr. S.D. Fla. 2013), *In re Abad* (Bankr. S.D. Fla. 2013) and Florida Statute sections 720.3085 and 718.116, as amended, the Debtor's

right to strip the subject lien (DE# 50) and discharge of this debt does not compromise the rights of the HOA against third parties or the property of third parties.

3. Each party bears its own fees and costs in this matter.

### ###

Attorney Ariel Sagre is directed to mail a conformed copy
or serve via e-filing a copy of this Order on all interested parties
and to file a certificate of service with the clerk of the Bankruptcy Court.