

**ORDERED in the Southern District of Florida on December 22, 2022.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Elizabeth Morales De Carlo                    Case No:   17-10175-LMI

                                                      Chapter:   13

_____/

### AGREED ORDER GRANTING DEBTOR'S MOTION TO DEEM MORTGAGE IS CURRENT REGARDING DEUTSCHE BANK NATL TRUST CO. [DE# 112]

This matter having come before this Honorable Court on August 9, 2022 at 9:00 AM upon the *Debtor's MOTION TO DEEM MORTGAGE IS CURRENT DEUTSCHE BANK NATL TRUST CO.(DE# 112)["Motion"]* and based upon the record, it is

ORDERED:

1.  The Motion is **GRANTED**.  The mortgage debt owed to *DEUTSCHE BANK NATL TRUST CO., Et Al.* is current as of December 31, 2022. The Debtor is due for the January 1, 2023 payment.

2.  Each party bears its own fees and costs in this matter.

3.  The evidentiary hearing scheduled for December 21, 2022 at 10:30 a.m. is **CANCELLED**.

### ###

Attorney Ariel Sagre is directed to mail a conformed copy
or serve via e-filing a copy of this Order on all interested parties
and to file a certificate of service with  the clerk of the Bankruptcy Court.